UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| NORTH AMERICAN LAND DEVELOPMENT CORP. ET AL. | * | CIVIL ACTION NO. 17-1483 |
|---|---|---|
| vs. | * | JUDGE TERRY A. DOUGHTY |
| JELD-WEN, INC. ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

IT IS ORDERED that Plaintiffs' motion to enforce settlement agreement [doc. # 41] is DENIED.

IT IS FURTHER ORDERED that Plaintiffs' motion to cancel the Notice of Settlement and place this matter back on the trial docket [doc. # 41] is GRANTED. The Clerk of Court is directed to reopen this case.

THUS DONE AND SIGNED this 19th day of June, 2019, in Monroe, Louisiana.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE